# Supreme Court of Kentucky

2018-SC-0630-TG

THE FAMILY TRUST FOUNDATION OF                 APPELLANT
KENTUCKY, INC., D/B/A THE FAMILY
FOUNDATION

|  | ON APPEAL FROM FRANKLIN CIRCUIT COURT |
|---|---|
| V. | HONORABLE THOMAS D. WINGATE, JUDGE |
|  | NO. 10-CI-01154 |

THE KENTUCKY HORSE RACING                      APPELLEES
COMMISSION; THE KENTUCKY
DEPARTMENT OF REVENUE; KEENELAND
ASSOCIATION, INC.; TURFWAY PARK, LLC;
PLAYERS BLUEGRASS DOWNS INC.;
APPALACHIAN RACING, LLC; KENTUCKY
DOWNS, LLC; ELLIS PARK RACE COURSE,
INC.; LEXINGTON TROTS BREEDERS
ASSOCIATION, LLC AND CHURCHILL
DOWNS INCORPORATED

## ORDER DENYING PETITION FOR REHEARING

The Petitions for Rehearing, filed by the Appellees, of the Opinion of the

Court, rendered September 24, 2020, is DENIED.

Minton, C.J.; Hughes, Keller, Lambert, Nickell, and VanMeter, JJ.,

sitting.   All concur.  Conley, J., not sitting.

ENTERED: January 21, 2021

_____
CHIEF JUSTICE